tion of P. J. Mahoney, against Ashbel P. Fitch, comptroller. No opinion. Motion granted, with $10 costs. See 46 N. Y. Supp. 1099.

PEOPLE ex rel. MONTGOMERY, Appellant, v. PETER A. FRASSE CO., respondent. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by the people of the state of New York, on the relation of George T. Montgomery, against the Peter A. Frasse Company. E. F. Brown, for appellant. J. A. Hudson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. PUNDT v. FITCH. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by the people of the state of New York, on the relation of Henry Pundt, against Ashbel P. Fitch, comptroller. No opinion. Motion granted, with $10 costs. See 46 N. Y. Supp. 1099.

PEOPLE ex rel. ROBERTS, Respondent, v. BOARD OF SUP'RS OF WASHINGTON COUNTY, Appellants. (Supreme Court, Appellate Division, Third Department. September 28, 1897.) Action by the people of the state of New York, on the relation of James W. Roberts, as sheriff, against the board of supervisors of Washington county. No opinion. Order appealed from affirmed, with $10 costs and disbursements. Motion to dismiss for failure to print papers denied.

PEOPLE ex rel. RYAN, Appellant, v. ROBERTSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) Action by the people of the state of New York, on the relation of John F. Ryan, against James W. Robertson, as sheriff, and James White, as district attorney, of Washington county. No opinion. Order affirmed.

PEOPLE ex rel. SCHLACH v. FITCH. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by the people of the state of New York, on the relation of Jacob Schlach, against Ashbel P. Fitch, comptroller. No opinion. Motion granted, with $10 costs. See 46 N. Y. Supp. 1099.

PEOPLE ex rel. STEINSON v. BOARD OF EDUCATION OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by the people of the state of New York, on the relation of George Steinson, against the board of education. No opinion. Motion denied, with $10 costs. See 46 N. Y. Supp. 782.

PEOPLE ex rel. WAKELEY, Appellant, v. McINTYRE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the people of the state of New York, on the relation of John E. Wakeley, commissioner of highways, etc., against Alexander McIntyre, supervisor, etc. No opinion. Order affirmed, with costs.

PEOPLE ex rel. WATKINS, Appellant, v. BISHOP, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the people of the state of New York, on the relation of Charles T. Watkins, against Alanson B. Bishop, as town clerk of the town of Warsaw. No opinion. Order affirmed, with costs.

PIERCE, Appellant, v. HANNAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Samuel C. Pierce against John W. Hannan, as sheriff, etc. No opinion. Judgment and order affirmed, with costs.

In re PRENTICE et al. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) In the matter of the judicial settlement of the accounts of William S. P. Prentice and another, as executors, etc., of John H. Prentice, deceased. No opinion. Motion to dismiss appeal denied.

P. & W. EBLING BREWING CO., Appellant, v. MERKLE et al., Respondents. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by the P. &. W. Ebling Brewing Company against Charles Merkle and others. S. Sultan, for appellant. J. Levy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re RANDEL. (Supreme Court, Appellate Division, First Department. October 22, 1897.) In the matter of William F. Randel. No opinion. Reference ordered.

REEBER et al., Appellants, v. MAYER, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by John J. Reeber and others against Charles H. Mayer. J. T. McMahon, for appellants. H. H. Glass, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 44 N. Y. Supp. 1128.

RENNINGER, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 24, 1897.) Action by John N. Renninger against the New York Central & Hudson River Railroad Company. No opinion. Motion granted, and order amended as follows: Ordered, that that part of the order which denies a motion for a new trial made on a case and exceptions, on the ground that the verdict is contrary to the evidence, and that it is for excessive damages, affirmed, and that part of the order which denied a motion for a new trial on exceptions taken, and because the verdict is contrary to law, is, together with the judgment, reversed, and a new trial ordered, with costs to abide the event. All concur, except WARD, J., dissenting. See 43 N. Y. Supp. 1163.

REYNOLDS, Appellant, v. REYNOLDS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Charles H. Reynolds against Katherine Reynolds. No opinion. So much of the order as grants a new trial is reversed, without prejudice to the right of the defendant to make

a fresh motion. Order settled, and filed with the clerk. Held, that the preliminary objection was improperly overruled.